**Camille J. Kassar**
**Law Offices of Camille Kassar, LLC**
**271 Route 46 West**
**Suite C-102**
**Fairfield, NJ 07004**
**973-227-3296**
**Fax:973-860-2448**
**Email:ckassar@locklawyers.com**

|  | |
|---|---|
| | :UNITED STATES BANKRUPTCY COURT |
| | : FOR THE DISTRICT OF NEW JERSEY |
| | : |
| **IN RE:** | :CASE NO: 19-24620 RG |
| **Melissa Lee Wright** | : |
| | :MOTION FOR AN ORDER |
| | :REINSTATING THE AUTOMATIC STAY |
| | :AS TO REAL PROPERTY LOCATED AT 35 |
| | :Hewitt Rd, Hewitt, NJ 07421 |

**ORAL ARGUMENT WAIVED UNLESS A RESPONSE IS FILED**

**TO:**
**Jonathan C. Schwalb**
**Attorney for Mortgage creditor**
**Friedman Vartolo LLP**
**85 Broad Street**
**Ste 501**
**New York, NY 10004**

**U.S. Bank Trust National Association**
**Trustee of the Chalet Series III Trust**
**c/o SN Servicing Corporation**
**323 Fifth Street**
**Eureka, CA 95501**

**Marie Ann Greenberg**
**Chapter 13 Trustee**
**30 Two Bridges Rd**
**Suite 330**
**Fairfield, NJ 07004**

**Office of the United States Trustee**
**One Newark Center**
**Newark, NJ 07102**

**PLEASE TAKE NOTICE that on _____ or as soon as counsel may be heard, the Undersigned, attorney for the debtor will move before the Honorable Judge, Gambardella, United States Bankruptcy Court, 50 Walnut Street, Newark New Jersey for an ORDER DETERMINING THE REINSTATEMENT OF THE AUTOMATIC STAY AS TO THE DEBTORS REAL PROPERTY LOCATED AT 35 Hewitt Rd., Hewitt, NJ 07421.**

**Dated: 10/12/2020**                                    /s/ Camille J. Kassar, Esquire
                                                                    Camille J. Kassar, Attorney for Debtors